# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| SAN DIEGO GAS & ELECTRIC COMPANY, | ) ) ) | |
| *Petitioner*, | ) ) ) | |
| v. | ) ) ) | No. 16-1433 |
| FEDERAL ENERGY REGULATORY COMMISSION, | ) ) ) ) | |
| *Respondent*. | ) ) | |

## NOTICE OF WITHDRAWAL OF GEORGETTA BAKER AS COUNSEL FOR PETITIONER SAN DIEGO GAS & ELECTRIC COMPANY

Notice is hereby given that Georgetta Baker withdraws as counsel for Petitioner San Diego Gas & Electric Company ("SDG&E") in this matter. James Dean, Mark Perlis, and Kevin King, of Covington & Burling LLP, and Jonathan Newlander, of SDG&E, will continue to serve as counsel for Petitioner.

Respectfully submitted,

/s/ Kevin King

James Dean
Mark Perlis
Kevin King
　*Counsel of Record*
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20004-2401
(202) 662-6000
jdean@cov.com
mperlis@cov.com

kking@cov.com

Jonathan J. Newlander
SAN DIEGO GAS & ELECTRIC COMPANY
8330 Century Park Court, CP32D
San Diego, CA 92123
(858) 654-1652
jnewlander@semprautilities.com

*Counsel for Petitioner*
*San Diego Gas & Electric Co.*

March 1, 2017

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of March, 2017, I caused the foregoing Notice to be filed with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit through the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

    /s/ Kevin King
Kevin King

March 1, 2017